# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE APPLICATION OF THE BOARD OF CONTINUING LEGAL EDUCATION TO CHANGE THE STATUS OF CERTAIN MEMBERS OF THE STATE BAR OF NEVADA FROM ACTIVE TO CLE SUSPENDED UNDER SUPREME COURT RULES 205-215 INCLUSIVE, AND, AS TO CERTAIN INACTIVE AND SUSPENDED MEMBERS, TO CONDITION THEIR RIGHTS OF REINSTATEMENT.

No. 70519

FILED

DEC 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING PETITION AS TO CERTAIN RESPONDENT ATTORNEYS AND GRANTING PETITION AS TO CERTAIN RESPONDENT ATTORNEYS

On June 8, 2016, the Board of Continuing Legal Education (the Board) filed a petition with this court regarding the status of certain members of the State Bar of Nevada (respondent attorneys) who have failed to comply with various Supreme Court Rules governing continuing legal education. *See* SCR 205-215. Specifically, the Board petitioned this court to order those respondent attorneys who are presently active to show cause why their membership status should not be changed to CLE suspended and, from the date of such change of status, be barred from practicing law in the State of Nevada until reinstated under SCR 213. Further, as to those respondent attorneys who are inactive or suspended, to show cause why the right of reinstatement to active status should not be conditioned upon full compliance with SCR 213, in addition to any

16 - 40199

conditions of reinstatement already imposed or which may hereafter be imposed.

On October 24, 2016, this court entered an order directing various active attorneys to show cause why this court should not grant the Board's petition to change their status from active to CLE suspended and to condition their right to be reinstated upon full compliance with SCR 213. That order also directed various inactive or suspended members of the State Bar to show cause why this court should not grant the Board's petition to condition their rights to be reinstated to active status upon full compliance with SCR 213, in addition to any condition of reinstatement already imposed or which may hereafter be imposed.

On October 25, 2016, November 7, 2016, November 9, 2016, November 21, 2016, November 28, 2016, November 30, 2016, December 5, 2016, and December 16, 2016, the Board submitted documents entitled "Consent to Dismissal," informing this court that the following attorneys have satisfied the requirements set forth in SCR 205 through 215 or should otherwise be dismissed:

David E. Adkins
Erin L. Albright
Ellston Breen Arntz
April R. Bradshaw
Justin P. Cannon
Alan Bryce Dixon
Ian C. Estrada
Karla M. Gabour
Jason A. Gordon
Geoffrey W. Hawkins
William C. Horne
Randal R. Leonard
Scott D. Levine
Timothy R. Mulliner

John Taylor Oblad
Nausheen Peters
Julie Raye
Michele L. Roberts
Michael W. Sanft
Mark D. Tokunaga
Dorothy P. Von Sachsen

Accordingly, we conclude that the respondent attorneys listed above have completed the continuing legal education requirements set forth in SCR 205 through 215, and are therefore not subject to suspension pursuant to SCR 212(5). We therefore dismiss the Board's petition with prejudice as to each of them.

The following active attorneys failed to respond to our show cause order entered October 24, 2016. Accordingly, we grant the Board's petition as to the following attorneys. Their status shall be changed to CLE suspended pursuant to SCR 212(5). Further, the following attorneys must comply with SCR 115 within the time limits set forth in that rule[1] and their rights of reinstatement shall be conditioned upon full compliance with SCR 213:

Aaron A. Aquino
Albert H. Bingham
Scott E. Chapman
Jonathan D. Dykstra
Jared C. Fields
Stefano G. Formica
David R. Gamble
Lee A. Gates

---

[1]See SCR 212(5).

Ronald E. Gillette
Richard J. Gunnerson
Michael H. Hamilton
Daniel S. Harris
Tanner M. Harris
Gary R. Henrie
James E. Irvin
David D. Johnson
Young S. Kam
Naisha C. Keasling
Bethany L. Kirkenir
Kristen B. Kramer
James V. Lavelle, III
Francis F. Lin
Shelley Lubritz
Denish M. Mandalia
Brett J. Marshall
K. Alexandra Monaco
Christelle A. Montgomery
Todd R. Moore
Michael C. Neal
Alaine S. Patti-Jelsvik
Matthew D. Peterdy
Justin E. Pingel
Thomas H. Richards
James R. Rosenberger
Joseph A. Scalia, II
Aileen M. Schlissel
Russell D. Smith
Timothy James Toth
Taovaonga L. Vuki Lui
David R. Williams
Charles T. Wright

The following attorneys failed to respond to our show cause order entered October 24, 2016. At the time the Board filed the petition, it identified them as active attorneys. However, our records indicate that their current status is not active because, subsequent to the filing of the petition, they were transferred to inactive status or suspended for dues, discipline, or non-compliance. Accordingly, we grant the Board's petition as to the following attorneys:

Michael K. Dougherty
Kristian A. Johnson
Marian Kahoiwai Kamalani
William A. Kennedy
Nancy T. Lord
Kristopher M. Milicevic
Kevin C. Sewell
William A. Swafford
Michael J. Toigo
Michelle L. Valier-Bowman
Adrian K. Yeung

In addition to their current status as being inactive or suspended for dues, discipline, or non-compliance, their status shall also be that of CLE suspended pursuant to SCR 212(5). Their right to be reinstated to the active practice of law shall be conditioned upon full compliance with SCR 212(5) and SCR 213, in addition to any conditions of reinstatement imposed as a result of their status as inactive or suspended for dues, discipline, or non-compliance.

Finally, the following inactive attorney has failed to respond to our show cause order entered October 24, 2016:

Christine M. Owen

Accordingly, we grant the Board's petition as to Christine M. Owen and she is CLE suspended pursuant to SCR 212(5). Her right to be reinstated to the active practice of law shall be conditioned upon full compliance with SCR 212(5) and SCR 213, in addition to any conditions of reinstatement already imposed upon her.

It is so ORDERED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Stiglich

cc:   Laura Bogden, Executive Director, Board of Continuing Legal Education
Jenny D. Hubach, Chair, Board of Continuing Legal Education
Kimberly K. Farmer, Executive Director State Bar of Nevada/Las Vegas
Stan Hunterton, Bar Counsel, State Bar of Nevada/Las Vegas
Mary Jorgensen, Member Services Coordinator, State Bar of Nevada/Las Vegas
All respondent attorneys